# FINAL REPORT[1]

## Recommendation 1-2017, Minor Court Rules Committee

*Amendment of Pa.R.C.P.M.D.J. No. 206*

### PETITION TO PROCEED *IN FORMA PAUPERIS*

## I.      Introduction

The Minor Court Rules Committee ("Committee") recommended amendments to Rule 206 of the Pennsylvania Rules of Civil Procedure before Magisterial District Judges ("Rules").   The amendments eliminate the requirement that the petitioner provide the names of children for whom he or she provides support, and instead provide just the ages of such dependent children.

## II.      Background and Discussion

On January 6, 2017, the Supreme Court of Pennsylvania adopted the *Public Access Policy: Case Records of the Appellate and Trial Courts* ("Policy"), which will become effective January 6, 2018.   Although the Policy does not apply to the records filed with and maintained by the magisterial district courts, the Committee recognized the important policy considerations set forth therein, particularly as the Policy relates to the confidentiality of minors' names and dates of birth.  *See* Policy, Section 7.0A(5).

The Committee noted that Pa.R.C.P.M.D.J. No. 206E, which prescribes the content of the *in forma pauperis* petition, requires the disclosure of the names and ages of children dependent upon the petitioner for support. The Committee discussed this requirement in light of the new Policy, and was unable to find a compelling reason for requiring the disclosure of children's names on the petition.  The Committee agreed to recommend the elimination of that requirement, and, instead, only require the listing of dependent children's ages in the petition.

## III.      Rule Changes

The Committee recommended deleting the reference to children's names in the body of the *in forma pauperis* petition. See Pa.R.C.P.M.D.J. No. 206E(vi).   The Committee also recommended minor stylistic changes throughout Rule 206.

---

[1] The Committee's Final Report should not be confused with the Official Notes to the Rules.   Also, the Supreme Court of Pennsylvania does not adopt the Committee's Official Notes or the contents of the explanatory Final Reports.